**Riccardo Darnell JONES, Plaintiff—Appellant,**

v.

**Sergeant D. RIGGS; Eric Dye; Superintendent Keith Whitener; Assistant Superintendent Hernandez, Defendants—Appellees.**

No. 08–8093.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Dec. 2, 2008.

Riccardo Darnell Jones, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riccardo Darnell Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district

court. *Jones v. Riggs,* No. 5:08–cv–00092–GCM, 2008 WL 3823693 (W.D.N.C. Aug. 13, 2008). We deny Jones' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*